## 62139. MATHEWS v. CITY OF ATLANTA.

DEEN, Presiding Judge.

The above styled case is affirmed without opinion in accordance with Rule 36 of this court.

*Banke and Carley, JJ., concur.*

DECIDED JULY 15, 1981 —
REHEARING DENIED JULY 29, 1981

*Oze R. Horton,* for appellant.
*J. M. Harris, Jr.,* for appellee.